STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612

Counsel for Defendant ANTHONY FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | No. CR 15-00586 JD |
| Plaintiff,  ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v.  ) | ORDER CONTINUING CHANGE OF |
| ) | PLEA DATE; EXCLUSION OF TIME |
| ) | |
| ANTHONY FORD,  ) | |
| ) | |
| Defendant.  ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date for Anthony Ford, currently scheduled for February 11, 2016, at 10:30 a.m., may be continued to March 10, 2016, at 10:30 a.m. for change of plea. The request is made because defense counsel will be on medical leave and unavailable on February 11, 2016. The continuance will allow additional time for counsel to review the agreement and guidelines with Mr. Ford and discuss with him potential investigation and mitigation needed for sentencing.

IT IS FURTHER STIPULATED THAT the time from February 11, 2016, to March 10, 2016, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for continuity of counsel and effective preparation taking into consideration due

1  diligence to enable defense counsel to be present and meet with Mr. Ford to review the plea
2  agreement, guidelines and potential investigation and mitigation needed prior to the next court date..
3  DATED: 2/01/16                    _____/s/_____
4                                                JOYCE LEAVITT
                                                    Assistant Federal Public Defender
5
6  DATED: 2/01/16                    _____/s/_____
                                                   ERIN A. CORNELL
7                                               Special Assistant United States Attorney
8      I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all
9  signatures within this e-filed document.

10                                    **ORDER**

11
12     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date for
13  Anthony Ford is hereby continued to March 10, 2016 at 10:30 a.m. for change of plea.
14     IT IS FURTHER STIPULATED THAT the time from February 11, 2016, to March 10, 2016,
15  is hereby excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and
16  (h)(7)(B)(iv) for continuity of counsel and effective preparation taking into consideration due
17  diligence to enable defense counsel to be present and to review the plea agreement, sentencing
18  guidelines and investigation needed with Mr Ford.  The Court finds good cause and the ends of
19
20  justice served by the granting of the continuance outweigh the interests of the public and defendant
21  in a speedy and public trial.  Failure to grant the requested continuance would unreasonably deny
22  counsel reasonable time necessary for effective preparation, taking into account due diligence.
23     SO ORDERED.
24  DATED: 2/3/16                     _____
25                                                HON. JAMES DONATO
                                                      United States District Judge
26