BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ERIN A. CORNELL (CABN 227135)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-6748
    Erin.Cornell@usdoj.gov

Attorneys for United States of America

**FILED**
SEP 28 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY RAY FORD,<br><br>    Defendant. | Case Nos.   CR 09-00138 JD<br>                 CR 15-00586 JD<br><br>REQUEST AND [PROPOSED] ORDER TO UNSEAL PETITION FOR ARREST WARRANT FOR OFFENDER UNDER SUPERVISION |

On September 11, 2017, the Court signed a Petition for Arrest Warrant for Offender Under Supervision ("Form 12") for defendant, Anthony Ray Ford, in Case No. CR 09-00138 JD.[1] A copy of the Form 12 and arrest warrant are attached hereto. The Court further ordered that the Form 12 and arrest warrant be filed, and remain under seal, until the warrant is executed returned from the U.S. Marshal.

The government just learned that the defendant has been arrested by the U.S. Marshal in the Eastern District of California, and is scheduled to make his initial appearance in Fresno at 2:30 p.m. on September 28, 2017. The government understands from the duty Assistant United States Attorney

---

[1] On December 22, 2015, the Court related Case No. CR 09-00138 to CR 15-00586.

REQUEST AND [P] ORDER TO UNSEAL
CR 09-00138 JD & CR 15-00586 JD

("AUSA") in the Eastern District of California, Fresno Division, that the Magistrate Judge in Fresno requires an order from the Northern District of California unsealing the Form 12, and that the duty AUSA will not be able to unseal it himself at the time of the appearance. The government further understands that the Court in Fresno requires all documents regarding the 2:30 p.m. calendar to be submitted by 10:30 a.m. the same day, although the Court in Fresno understands that this request to unseal is pending and will likely not be signed by 10:30 a.m.

Accordingly, the government respectfully requests that the Form 12 signed by the Court on September 11, 2017, be unsealed.

Date: September 28, 2017

BRIAN J. STRETCH
United States Attorney

/s/ Erin Cornell

ERIN A. CORNELL
Assistant United States Attorney

**ORDER**

For good cause shown, IT IS HEREBY ORDERED that Petition for Arrest Warrant for Offender Under Supervision filed on September 11, 2017 is unsealed.

IT IS SO ORDERED.

Dated: 9/28/2017

HONORABLE EDWARD M. CHEN
United States District Judge

REQUEST AND [P] ORDER TO UNSEAL
CR 09-00138 JD & CR 15-00586 JD